TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DAVID P. PETERMANN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email:  david.petermann@usdoj.gov
Attorneys for Plaintiff

FILED

2026 MAY 20  PM 2: 58

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-02456 TUC-RCC(JEM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Carlos Ricardo Gutierrez,

Defendant.

**I N D I C T M E N T**

Violations:

18 U.S.C. §§ 922(a)(6) & 924(a)(2)
(Making a False Statement in
Connection with Acquisition of
Firearms)
Counts 1-18

18 U.S.C. §§ 933(a)(1),(3) & (b)
(Conspiracy to Traffick in Firearms)
Count 19

18 U.S.C. § 924(d) and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

## COUNTS 1-18

On or about the dates listed below, in the District of Arizona, the Defendant CARLOS RICARDO GUTIERREZ, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was a Federal Firearms Licensee licensed

under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase each of the firearms below, stated in writing that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring them on behalf of another person.

| Count | Date | FFL | Firearm |
|---|---|---|---|
| 1 | 06/13/2023 | Grips by Larry | An Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850386 |
| 2 | 07/14/2023 | SNG Tactical | A ZIG, M1911 A1 U.S. Army, 45 ACP caliber pistol, SN T0620-23Z28968 |
| 3 | 08/17/2023 | Grips by Larry | (1) A Barrett, model 82A1, .50 BMG caliber, rifle, SN AAO15988; and (2) an Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle SN 850388 |
| 4 | 08/31/2023 | Grips by Larry | (1) An Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850453; and (2) an Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850450 |
| 5 | 11/03/2023 | Grips by Larry | (1) An Ohio Ordnance, M240, .308 WIN caliber, rifle, SN 241147; and (2) an Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850457 |
| 6 | 01/20/2024 | Grips by Larry | (1) An Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850465; (2) a FN America LLC, M249s, 5.56 NATO caliber, rifle, SN |

*United States of America v. Carlos Gutierrez*
*Indictment Page 2 of 7*

| | | | |
|---|---|---|---|
| | | | A09504; and (3) an Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850179 |
| 7 | 02/24/2024 | Grips by Larry | (1) A Barrett, model 82A1, .50 BMG caliber rifle, SN A017145; and (2) A Barrett, model 82A1, .50 BMG caliber rifle, SN AA016580 |
| 8 | 03/17/2024 | Grips by Larry | (1) A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017380; (2) A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017523; and (3) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017413 |
| 9 | 04/27/2024 | Other Guys Ammo & Accessories | (1) A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017378; (2) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017446; and (3) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017419 |
| 10 | 06/09/2024 | Other Guys Ammo & Accessories | (1) A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017721; (2) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017906; and (3) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017896 (4) Barrett, Model 82A1, .50 BMG, SN AA017837 |
| 11 | 07/16/2024 | Other Guys Ammo & Accessories | A Canik/Century Arms, model TTI Combat, 9mm pistol, SN 24CZ23551 |
| 12 | 08/06/2024 | Other Guys Ammo & Accessories | (1) A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017525; and (2) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017526 |

| | | | |
|---|---|---|---|
| 13 | 10/16/2024 | Other Guys Ammo & Accessories | A FN America LLC, M249s 5.56 caliber rifle, SN A10780 |
| 14 | 10/25/2024 | Other Guys Ammo & Accessories | A FN America LLC, M249s 5.56 caliber rifle, SN A10766 |
| 15 | 11/04/2024 | Other Guys Ammo & Accessories | A FN M249S, 5.56 caliber, SN A10882 |
| 16 | 11/11/2024 | Other Guys Ammo & Accessories | A Remington, 700 SPS 6.5 caliber, SN RAR046234 |
| 17 | 11/21/2024 | Other Guys Ammo & Accessories | A FN M249S, 5.56 caliber, SN A10880 |
| 18 | 11/28/2024 | Other Guys Ammo & Accessories | A FN America LLC, M249s 5.56 caliber rifle, SN A10894 |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 19

From in or about June 2023 to on or about November 28, 2024, in the District of Arizona, defendant CARLOS RICARDO GUTIERREZ combined, conspired, confederated, and agreed with other persons both known and unknown to the Grand Jury to transport, transfer, cause to be transported, and otherwise dispose of firearms to other persons, in or otherwise affecting interstate or foreign commerce, specifically the following firearms:

(1) An Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850386; (2) a ZIG, M1911 A1 U.S. Army, 45 ACP caliber pistol, SN T0620-23Z28968; (3) a Barrett, model 82A1, .50 BMG caliber, rifle, SN AA015988; (4) an Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle SN 850388; (5) an Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850453; (6) an Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850450; (7) an Ohio Ordnance, M240, .308 WIN caliber, rifle, SN 241147; (8) an Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850457; (9) an Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850465; (10) a FN America LLC, M249s, 5.56 NATO caliber, rifle, SN A09504; (11) an

*United States of America v. Carlos Gutierrez*
*Indictment Page 4 of 7*

Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850179; (12) a Barrett, model 82A1, .50 BMG caliber rifle, SN A017145; (13) a Barrett, model 82A1, .50 BMG caliber rifle, SN A016580; (14) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017380; (15) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017523; (16) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017413; (17) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017378; (18) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017446; (19) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017419; (20) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017721; (21) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017906; (22) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017896; (23) a Barrett, Model 82A1, .50 BMG, SN AA017837; (24) a Canik/Century Arms, model TTI Combat, 9mm pistol, SN 24CZ23551; (25) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017525; (26) a Barrett, model 82A1, .50 BMG caliber rifle, SN AA017526; (27) a FN America LLC, M249s 5.56 caliber rifle, SN A10780; (28) a FN America LLC, M249s 5.56 caliber rifle, SN A10766; (29) a FN M249S, 5.56 caliber, SN A10882; (30) a Remington, 700 SPS, 6.5 caliber, SN RAR046234; (31) a FN M249S, 5.56 caliber, SN A10880; and (32) a FN America LLC, M249s 5.56 caliber rifle, SN A10894; knowing or having reasonable cause to believe that the possession of these firearms by the recipients would constitute a felony, to wit: Attempted Smuggling of Goods from the United States in violation of Title 18, United States Code, Section 554(a).

All in violation of Title 18, United States Code, Sections 933(a)(1), (3) and (b).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 through 19 of the Indictment, the Defendant, CARLOS RICARDO GUTIERREZ, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| No. | Firearms |
|-----|----------|
| 1 | An Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850386 |
| 2 | A ZIG, M1911 A1 U.S. Army, 45 ACP caliber pistol, SN T0620-23Z28968 |

*United States of America v. Carlos Gutierrez*
*Indictment Page 5 of 7*

| 3 | A Barrett, model 82A1, .50 BMG caliber, rifle, SN AA015988 |
| 4 | An Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle SN 850388 |
| 5 | An Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850453 |
| 6 | An Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850450 |
| 7 | An Ohio Ordnance, M240, .308 WIN caliber, rifle, SN 241147 |
| 8 | An Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850457 |
| 9 | An Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850465 |
| 10 | A FN America LLC, M249s, 5.56 NATO caliber, rifle, SN A09504 |
| 11 | An Ohio Ordnance, M2-SLR, .50 BMG caliber, rifle, SN 850179 |
| 12 | A Barrett, model 82A1, .50 BMG caliber rifle, SN A017145 |
| 13 | A Barrett, model 82A1, .50 BMG caliber rifle, SN A016580 |
| 14 | A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017380 |
| 15 | A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017523 |
| 16 | A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017413 |
| 17 | A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017378 |
| 18 | A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017446 |
| 19 | A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017419 |
| 20 | A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017721 |
| 21 | A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017906 |
| 22 | A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017896 |
| 23 | A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017837 |
| 24 | A Canik/Century Arms, model TTI Combat, 9mm pistol, SN 24CZ23551 |
| 25 | A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017525 |
| 26 | A Barrett, model 82A1, .50 BMG caliber rifle, SN AA017526 |
| 27 | A FN America LLC, M249s 5.56 caliber rifle, SN A10780 |
| 28 | A FN America LLC, M249s 5.56 caliber rifle, SN A10766 |
| 29 | A FN America, M249s, 5.56 caliber rifle, SN A10882 |
| 30 | A Remington, 700 SPS, 6.5 caliber, SN RAR046234 |
| 31 | A FN America, M249s, 5.56 caliber rifle, SN A10880 |
| 32 | A FN America LLC, M249s 5.56 caliber rifle, SN A10894 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of

*United States of America v. Carlos Gutierrez*
*Indictment Page 6 of 7*

the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: May 20, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
DAVID P. PETERMANN
Assistant U.S. Attorney

*United States of America v. Carlos Gutierrez*
*Indictment Page 7 of 7*